# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DWAYNE SNYDER,<br><br>Plaintiff,<br><br>v.<br><br>M. SORIANO, *et al.*,<br><br>Defendants. | Case No. 3:23-cv-00363-ART-CLB<br><br>**ORDER RE: VIOLATION OF GENERAL ORDER 2021-05**<br><br>ECF Nos. 23, 24 |

On October 13, 2021, this Court entered General Order No. 2021-05 ("GO 2021-05"), setting forth certain requirements and limitations for filings in Pro Se Inmate Non-Habeas Civil Rights cases. On February 27 and 28, 2024, Plaintiff filed two declarations from other inmates, (ECF Nos. 23, 24). These filings violates the following provision(s) of GO 2021-05:

☐ Motion, Opposition or reply exceeds page limit without leave of court. GO 2021-05, § 3(a).

☐ Improper Supplement or Sur-Reply filed without leave of court. GO 2021-05, § 3(b).

☐ Improper "Notice" or "Letter." GO 2021-05, § 3(d).

☐ Duplicate filing of previously filed motion, ECF No. _____. GO 2021-05, § 3(f).

☐ Improperly filed declaration, affidavit, or exhibit that is not filed in support of a motion, opposition, or reply. GO 2021-05, § 3(e).

Based on the above violations of GO 2021-05, ECF Nos. 23, 24 are:

☐ Stricken

☐ Denied.

**IT IS SO ORDERED.**

**DATED**: February 28, 2024.

_____
**UNITED STATES MAGISTRATE JUDGE**