UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DWAYNE SNYDER,

    Plaintiff,

vs.

M. SORIANO, *et al.*,

    Defendants.

Case No. 3:23-CV-00363-ART-CSD

ORDER ON REPORT AND RECOMMENDATON OF U.S. MAGISTRATE JUDGE (ECF No. 49)

*Pro se* Plaintiff Dwayne Snyder brings this action against Defendants asserting claims under 42 U.S.C. § 1983. The Court screened Plaintiff's complaint and allowed him to proceed with a Fourteenth Amendment due process violation claim based on inadequate medical care against Nurse Mike, Deputy P. Poldak, M. Soriano, Deputy R. Mueller, Deputy Baker, Mitchell, Deputy T. Millard, and Doe Defendants if Plaintiff moved to substitute their true names. (ECF No. 4.) Before the Court are Defendants' motions for summary judgment. (ECF Nos. 38, 39.) Plaintiff filed an opposition (ECF Nos. 44, 45) and Defendants filed replies. (ECF Nos. 47, 48.) Magistrate Judge Denney issued a Report and Recommendation ("R&R") which recommended granting Defendants' motion for summary judgment on Plaintiff's claims for failure to exhaust. (ECF No. 49.)

  Under the Federal Magistrates Act, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

1

Plaintiff has not filed an objection to Judge Denney's report and recommendation and his time to do so has now expired. (ECF No. 49.) Thus, the Court is not required to conduct any review. The Court will therefore adopt Judge Denney's R&R in full.

**Conclusion**

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 49) is ADOPTED IN FULL.

It is further ordered that Defendants' motions for summary judgment (ECF Nos. 38, 39) are GRANTED.

It is further ordered that the Clerk ENTER JUDGMENT accordingly and CLOSE this case.

Dated this 13th day of May 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE